DISCIPLINARY COUNSEL *v*. PERTEE.

[Cite as *Disciplinary Counsel v. Pertee*, ___ Ohio St.3d ___, 2022-Ohio-2406.]

(No. 2021-0765—Submitted July 13, 2022—Decided July 14, 2022.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Lisa Marie Pertee, Attorney Registration No. 0074915, last known address in Sunbury, Ohio.

{¶ 2} The court coming now to consider its order of August 3, 2021, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of eighteen months with credit for time served under the interim felony suspension imposed on March 16, 2020, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Pertee*, 163 Ohio St.3d 1518, 2021-Ohio-2615, 171 N.E.3d 345.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

————————————